## DALLAS CENTRAL APPRAISAL DISTRICT and Dallas County Appraisal Review Board

v.

## UNITED STATES POSTAL SERVICE et al.

No. D-4087.

Supreme Court of Texas.

Dec. 15, 1993.

### ORDER

Respondents' motion to dismiss the appeal filed herein on December 10, 1993, is granted.

The opinion and judgment of the court of appeals are vacated, and the judgment of the trial court is reinstated.